## WILLIAM W. CHILD v. THE CITY OF JACKSON.

*Appeal—Findings of trial court.*

This case is ruled by *Haines v. Saviers, ante,* 440.

Error to Jackson.    (Peck, J.)    Argued November 4, 1892.    Decided November 18, 1892.

*Assumpsit.*    Plaintiff brings error.    Affirmed.    The facts are stated in the opinion.

*Dwight D. Root,* for appellant.

*Charles E. Snow,* for defendant.

DURAND, J.    This action was brought to recover money paid, under protest, to the city of Jackson for an auctioneer's license.    The case was tried before the court without a jury, who rendered judgment for the defendant.

No request for findings either of law or fact was made, as required by Circuit Court Rule No. 87, nor did the judge make any such findings. This Court, therefore, has nothing to review, as has been repeatedly held, and this case will be governed by *Haines v. Saviers, ante,* 440.

The judgment will be affirmed, with costs of this Court.

The other Justices concurred.